# Order

Michigan Supreme Court
Lansing, Michigan

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146195 & (22)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WOODROW DAVID WILSON,
      Defendant-Appellant.

SC: 146195
COA: 312001
Wayne CC: 11-003423-01-FH

_____/

On order of the Court, the application for leave to appeal the October 19, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

s0325